**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KAREN M. ROTOLO,                    )
                                    )
      Plaintiff,                   )
                                    )
           v.               )    Civil Action No. 05-846
                                    )    Judge McVerry
MONONGAHELA VALLEY HOSPITAL,        )    Magistrate Judge Caiazza
                                    )
                                    )
      Defendant.                   )


## ORDER

IT IS HEREBY ORDERED that a Case Management Conference for the above-entitled action is now scheduled for **August 31, 2005, at 10:00 a.m.**

IT IS FURTHER ORDERED that counsel shall be prepared to address all items enumerated in Local Rule 16.1.2.


August 12, 2005                          s/Francis X. Caiazza
                                         Francis X. Caiazza
                                         U.S. Magistrate Judge

cc:
Gregory G. Paul, Esq.
Peirce Law Offices
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA 15219

Hayes C. Stover, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA 15222-2312