IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN R. ROTOLO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-846 |
| | ) | |
| v. | ) | Judge McVerry |
| | ) | Magistrate Judge Caiazza |
| MONONGAHELA VALLEY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On June 22, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On September 13, 2006, the magistrate judge issued a Report (Doc. 22) recommending that the Defendant's Motion for Summary Judgment (Doc. 13) be granted.  Service of the Report and Recommendation was made on the parties, and the Plaintiff filed objections on September 29, 2006.  *See* Doc. 23.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, on this 11th day of October, 2006, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (**Doc. 13**) is **GRANTED.**

The Report and Recommendation dated September 13, 2006 is adopted as the opinion of the District Court.

s/ Terrence F. McVerry
United States District Judge

cc:

Gregory G. Paul, Esq.
Hayes C. Stover, Esq.